IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ADMINISTRATIVE ORDER NO. 3:20 MC 204

## ORDER

Pursuant to Federal Rule of Civil Procedure 4(e)(2)(C), I hereby authorize and appoint the Clerk of Court for the United States District Court for the Western District of North Carolina to receive service of process on my behalf to the same effect as if it were served on me personally, in any matter arising from or pertaining to my official duties or capacity as a United States District Judge. This appointment shall remain in effect until such time as it may be terminated by a subsequent order.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: December 11, 2020

Kenneth D. Bell
United States District Judge

1